JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:   (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Claimant
U.S. Office of Personnel Management

MICHAEL C. COHEN, Esq. (CSBN 65487)
Law Office of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94610
Tel.: (510) 832-6436
Fax: (510) 832-6439

Attorney for Petitioner Obedie Williams

PATRICIA WILLIAMS, Pro Se
7860 Surrey Lane
Oakland, CA 94605
(510) 846-5241

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br>OBEDIE WILLIAMS,<br><br>            Petitioner,<br><br>    v.<br><br>PATRICIA WILLIAMS,<br><br>            Respondent.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br><br>            Claimant. | Case No. C09-3572 CRB<br><br>**STIPULATION AND ORDER DISMISSING U.S. OFFICE OF PERSONNEL MANAGEMENT** |

STIP. & [PROP.] ORDER DISMISSING U.S. OFFICE OF PERSONNEL MANAGEMENT
C 09-3572 CRB

1. On or about May 19, 2004, Petitioner, Obedie Williams, filed a Petition for Dissolution of Marriage in the Family Law Division of the Alameda County Superior Court, *Marriage of Obedie Williams v. Patricia Williams*, Case No. RF04156523 (hereinafter, "*In re Marriage of Williams*").

2. On or about February 11, 2009, Respondent, Patricia Williams, requested that the state court join U.S. Office of Personnel Management ("OPM") as a party claimant in *In re Marriage of Williams*.

3. On February 11, 2009, the state court filed an order joining OPM as a party claimant in *In re Marriage of Williams*.

4. On February 17, 2009, the state court granted the motion of Rose-Claire Chapuis, Esq., to be relieved as counsel for Respondent, Patricia Williams. Since February 17, 2009, Respondent has been appearing *pro se*.

5. OPM removed the state court action to the United States District Court on August 5, 2009 and, on August 12, 2009, filed a motion to dismiss OPM as a party to the action.

6. Respondent, Patricia Williams, appearing *pro se*, has asked the parties to stipulate to the dismissal of OPM pursuant to Federal Rule of Civil Procedure 41(a).

7. The parties do not oppose the dismissal of OPM pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

8. The parties jointly request that, following dismissal of OPM, the Court remand the remainder of the action to the Alameda County Superior Court.

IT IS SO STIPULATED.

DATED: September 11, 2009        Respectfully submitted,
                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                 _____/s/ Jennifer S Wang_____
                                 JENNIFER S WANG
                                 Assistant United States Attorney
                                 Attorneys for U.S. Office of
                                 Personnel Management

DATED: September 10, 2009        _____/s/ Patricia Williams_____
                                 PATRICIA WILLIAMS, Pro Se
                                 Respondent

1
2  DATED: September 10, 2009            _____/s/_Michael C. Cohen_____
                                       MICHAEL C. COHEN
3                                      Attorney for Petitioner, Obedie Williams
4
5                                    **ORDER**
6
7      IT IS HEREBY ORDERED that claimant, U.S. Office of Personnel Management, is
8  dismissed from this action pursuant to Federal Rule of Civil Procedure 41(a), with each party
9  bearing its own costs and attorney's fees, and that the remainder of the action is remanded to
10 the Alameda County Superior Court.  All pending dates are hereby vacated.
11
12
13 DATED: September 16, 209
                                       _____
14                                     CHARLES R. BREYER
                                       UNITED STATES DISTRICT COURT JUDGE
15